**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER TO VACATE** |
| | ) | **MARSHAL'S SALE** |
| vs. | ) | |
| | ) | |
| Terry C. Comeau; Monica G. Comeau; and Michael Mathern, | ) ) | Case No. 1:08-cv-041 |
| | ) | |
| Defendants. | ) | |

_____

Upon the motion of the United States, and for good cause shown,

IT IS ORDERED that the United States Marshal's Sale held on September 25, 2008, is vacated, and the United States Marshal shall re-advertise and re-sell the real property described in the Judgment entered by this Court in the above-captioned case.

IT IS FURTHER ORDERED that the costs incurred by the United States Marshal in re-advertising and re-selling shall be paid by the United States.

Dated this 21st day of October, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court